**Kevin R. Martin, SBN 176853**
**Patton Martin & Sullivan LLP**
6600 Koll Center Parkway, Suite 250
Pleasanton, California 94566-8058
Telephone (925) 600-1800
Facsimile (925) 600-1802
email: kevin@pattonmartinsullivan.com

Attorneys for Plaintiff
PROMOTOPA, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROMOTOPA, INC., a California Corporation,<br><br>           Plaintiff,<br><br>     v.<br><br>KING TOOLS & EQUIPMENT, INC., a California corporation;  TOOLRICH IMPORT AND EXPORT COMPANY LTD, a China company,<br><br>           Defendants. | CASE NO.  ED CV09-00751 JZ (OPx)<br><br>**STIPULATION FOR DISMISSAL** |

**TO THE COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

   Plaintiff PROMOTOPA, INC., a California Corporation and Defendant KING TOOLS & EQUIPMENT, INC., a California Corporation, having reached settlement in this matter do hereby stipulate and agree jointly to dismissal of this entire action with

1  prejudice.  Each side to bear their own costs and attorney's fees.

3  Dated:  January 7, 2010                    PATTON MARTIN & SULLIVAN, LLP

                                              _____/s/ Kevin R. Martin_____
                                                    Kevin R. Martin
                                              Attorneys for Plaintiff

9  Dated:  January 7, 2010                    LAW OFFICE OF DAVID ALAN COOPER

                                              _____/s/  David A. Cooper_____
                                                    DAVID ALAN COOPER
                                              Attorney for Defendant

IT IS SO ORDERED.

Dated:  January    8, 2010
                                                    s/ Jack Zouhary
                                              UNITED STATES DISTRICT COURT

PATTON MARTIN & SULLIVAN LLP
PLEASANTON, CALIFORNIA

STIPULATION FOR DISMISSAL

2